```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :   SEALED ORDER
    - v. -                          :
                                    :
MARLON LAWES,                       :   22 Cr.
                                    :
         Defendant.                 :
                                    :
- - - - - - - - - - - - - - - - - -x
```

22 CRIM 026

  WHEREAS defendant MARLON LAWES and the Government seek to proceed with a change-of-plea proceeding via video conference (or phone conferencing, if video is not reasonably available) instead of a personal appearance in court.

  WHEREAS, in view of the ongoing pandemic, judges in the Southern District of New York have regularly employed video and phone conferencing to conduct change-of-plea and other court proceedings.

  WHEREAS the defendant will plead guilty pursuant to a cooperation agreement, which must be finalized before the Government can rely on the defendant's information to charge targets of an ongoing investigation who are actively engaged in significant criminal activity that implicates public safety.

  THE COURT HEREBY FINDS that the defendant's change-of-plea proceeding cannot be further delayed without serious harm to the interests of justice, for the reasons proffered by the parties.

*See* § 15002(b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

THE COURT FURTHER FINDS that, because this Order and the Government's application for it reference the defendant's ongoing cooperation with law enforcement, the disclosure of which will pose a threat to the defendant's safety and to ongoing covert investigations, these documents shall be maintained under seal.

SO ORDERED:

Dated: New York, New York
       January 10, 2022

_____
THE HONORABLE JESSE M. FURMAN
United States District Judge
Southern District of New York