UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MARLON LAWES,
                Defendant.

**ORDER**

22 Cr. 26 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant is hereby adjourned to **February 11, 2025** at **3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        The Defendant's sentencing submission is due by **January 21, 2025** and the Government's sentencing submission is due by **January 28, 2025**.

Dated:  New York, New York
         January 13, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge