**Law Office of Evan L. Lipton, P.C.**
260 Madison Ave, Floor 22
New York, New York 10016
ell@evanliptonlaw.com
(917) 924-9800

November 20, 2025

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*

Paul G. Gardephe, U.S.D.J.

Dated: November 20, 2025

**By ECF**
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *United States v. Marlon Lawes*,
      22 Cr. 26 (PGG)

Dear Judge Gardephe:

I represent Marlon Lawes, who is currently serving a two-year term of supervised release imposed on February 11, 2025, and write to respectfully request authorization for him to travel to Aruba for a family vacation from November 25 through December 1, 2025. The Department of Probation (Officer Angelika Isidro) does not oppose this application. I emailed the assigned Assistant United States Attorneys (Michael Lockard and Mathew Andrews) but they have not yet replied.

Mr. Lawes has satisfied the $250,000 fine imposed by the Judgment and has no outstanding obligations to the Court. If permission is granted he will provide the assigned probation officer with his precise itinerary prior to the proposed travel.

Thank you for your consideration.

Respectfully yours,

*[signature]*

Evan L. Lipton
*Attorney for Marlon Lawes*