**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
(917) 924-9800

May 13, 2026

By ECF
Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

**Re: *United States v. Marlon Lawes*,**
**22 Cr. 26 (PGG)**
**Application for Permission to Travel**

Dear Judge Gardephe:

I write on behalf of Marlon Lawes, to respectfully request authorization for Mr. Lawes to travel to the Bahamas from May 27 through May 31, 2026, for a family wedding. Mr. Lawes was sentenced to a 24 month term of supervised release on February 11, 2025, and has complied with all conditions. The assigned probation officer, Angelika Isidro, consents to this application. I contacted the government on May 6, 2026, but have not received a response.

If permission is granted Mr. Lawes will provide his precise itinerary to Officer Isidro in advance of travel.

MEMO ENDORSED

Respectfully yours,

The Application is granted.

SO ORDERED:

Evan L. Lipton
Attorney for Marlon Lawes

Paul G. Gardephe, U.S.D.J.

Dated: May 13, 2026

Cc:    Gov't Counsel
       Probation Officer Angelika Isidro

(by ECF)